## OKLA. PORTLAND CEMENT CO. v. CHANEY *et al.*

No. 5028.     Opinion Filed July 20, 1915.

(150 Pac. 884.)

**LIABILITY OF SURETY.** The facts in this case are the same as those in Dolese Bros. against the same defendants in error, 44 Okla. 745, 145 Pac. 1119, and the syllabus in that case is adopted as the syllabus in the instant case.

(Syllabus by Devereux, C.)

*Error from County Court, Garfield County;*
*Winfield Scott, Judge.*

Action by the Oklahoma Portland Cement Company against J. W. Chaney and others. Judgment for defendants, and plaintiff brings error. Reversed.

*H. Z. Wedgewood,* for plaintiff in error.

*Chalmers B. Wilson,* for defendant in error Reed.

*W. H. Hills,* for defendant in error Dawkins.

Opinion by DEVEREUX, C. The facts in this case cannot be distinguished from those in Dolese Bros. against the present defendants in error, (*Dolese Bros. v. Chaney & Rickard et al.*), 44 Okla. 745, 145 Pac. 1119, and that case is governing authority in the case at bar.

We therefore recommend that the judgment be reversed, with instructions to overrule the demurrer, and to allow the defendants to plead, should they so desire.

By the Court: It is so ordered.